ACCEPTED
15-25-00015-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
2/7/2025 12:47 PM
CHRISTOPHER A. PRINE
CLERK

NO. 15-25-00015-CV

IN THE COURT OF APPEALS
FOR THE FIFTEENTH JUDICIAL DISTRICT OF TEXAS

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
2/7/2025 12:47:15 PM
CHRISTOPHER A. PRINE
Clerk

JAMIE SMITH, in his official capacity as
District Clerk of Jefferson County, Texas,
Appellant

V.

MEGAN LAVOIE, in her official capacity as Administrative
Director Texas Office of Court Administration,
Appellee

On Appeal from the 455th Judicial District Court of
Travis County, Texas, Cause No. D-1-GN-24-005976

## APPELLANT'S MOTION FOR EXTENSION OF TIME
## TO FILE NOTICE OF APPEAL

Kathleen M. Kennedy
Chief Civil Attorney
State Bar No.  00798314
Kathleen.Kennedy@jeffcotx.us
Quentin D. Price
Assistant District Attorney
State Bar No. 16303740
Quentin.Price@jeffcotx.us
Jefferson County Criminal District
Attorney's Office
1085 Pearl St., 3rd Floor
Beaumont, Texas 77701
(409) 835-8550- Telephone

ATTORNEYS FOR APPELLANT
JAMIE SMITH

TO THE HONORABLE COURT:

COMES NOW, APPELLANT, JAMIE SMITH, in his official capacity as District Clerk of Jefferson County, Texas, in the above-entitled and numbered cause, and makes this Motion for Extension of Time to File Notice of Appeal and would respectfully show the following:

## INTRODUCTION

1. Appellant is Jamie Smith, in his official capacity as District Clerk of Jefferson County, Texas; Appellee is Megan Lavoie, in her official capacity as Administrative Director Texas Office of Court Administration; and Interested Party is Courthouse News Service. Appellee and Interested Party indicated that they are opposed to this Motion. *See*, Tex.R.App.P. 10.3

## ARGUMENT & AUTHORITIES

2. The Court has the authority under Texas Rule of Appellate Procedure, Rule 26.3, to extend Appellant's time to file a Notice of Appeal.

3. The deadline to file this motion for extension of time is 15 days after the deadline for filing the notice of appeal. *See* Tex.R.App.P. 10.5(b)(1)(A) and 26.3. The deadline for Appellant to file his notice of appeal was January 30, 2025, which sets the deadline for filing this Motion as February 14, 2025. Accordingly, this Motion to Extend the Deadline to file a notice of appeal is timely.

4. Identity of the trial court: 455th Judicial District Court, Travis County, Texas.

5. The case number and style of the case in the trial court: 455th Judicial District Court, Travis County, Texas; Jamie Smith, in his official capacity as District Clerk of Jefferson County, Texas v. Megan Lavoie, in her official capacity as Administrative Director Texas Office of Court Administration; Cause No. D-1-GN-24-005976.

6. The date of the trial court's judgment or appealable order: November 1, 2024, the trial court granted Defendant Director Lavoie's Motion to Dismiss

2

Plaintiff's Original Petition for Declaratory Judgment. On November 22, 2024, Appellant file his Motion for New Trial with the trial court. Appellant's Notice of Appeal was due by January 30, 2025, which is 90 days after the trial court entered its Order Dismissing Plaintiff's Petition for Declaratory Judgment. *See* Tex.R.App.P. 26.1(a)(1). Appellant filed his Notice of Appeal with the trial court on February 4, 2025, appealing to the Third Court of Appeals. On February 6, 2025, Appellant filed his Amended Notice of Appeal with the trial court appealing to the Fifteenth Court of Appeals, which establishes compliance with Rule 26.3(a). *See* Tex.R.App.P. 26.3(a).

7. Facts relied on to reasonably explain the need for an extension: Appellant's counsel, Quentin D. Price, miscalculated the deadline for filing Appellant's Notice of Appeal. Specifically, I looked at Rule 329b of the Texas Rules of Civil Procedure and incorrectly determined that the deadline to file an appeal was 105 days after the trial court entered the Order Dismissing Appellant's case in the trial court, which is the date the trial court loses plenary power. I incorrectly conflated the trial court's loss of plenary power and the deadline for filing an appeal. The trial court's loss of plenary power and the deadline for filing the notice of appeal are the same in cases where there is the 30-day deadline from the date the judgment is signed for filing the notice of appeal. *See* Tex.R.App.P. 26.3(a). Such is not the case when the deadline to file an appeal is 90-days rather than 30-days. The failure to timely file an appeal in this matter was simply a mistake on my part and not intentional.

## CONCLUSION

8. Appellant, Jamie Smith, in his official capacity as District Clerk of Jefferson County, Texas, is requesting that this Court extend his deadline to file his Notice of Appeal to February 6, 2025, which is the date he filed his Amended Notice of Appeal in the trial court.

WHEREFORE, PREMISES CONSIDERED, Appellant prays that the Court grant this Motion for Extension of Time to File Notice of Appeal.

Respectfully submitted

JEFFERSON COUNTY
DISTRICT ATTORNEY'S OFFICE

By: /s/ Quentin D. Price

Quentin D. Price
Assistant District Attorney
1085 Pearl St., 3rd Floor
Beaumont, Texas 77701
(409) 835-8550
Texas Bar# 16303740
Quentin.Price@jeffcotx.us

By: /s/ Kathleen M. Kennedy

Kathleen M. Kennedy
Chief Civil Attorney
1085 Pearl St., 3rd Floor
Beaumont, Texas 77701
(409) 835-8550
Texas Bar# 00798314
Kathleen.Kennedy@jeffcotx.us

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing document has been forwarded to all known counsel of record by E-FILE on this 7th day of February, 2025.

/s/ Quentin D. Price

QUENTIN D. PRICE

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Sandra Mott on behalf of Quentin Price
Bar No. 16303740
sandra.mott@jeffcotx.us
Envelope ID: 97119556
Filing Code Description: Motion
Filing Description: Motion for Extension of Time to File Notice of Appeal
Status as of 2/7/2025 12:56 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Quentin D.Price | | Quentin.Price@jeffcotx.us | 2/7/2025 12:47:15 PM | SENT |
| Sandra Mott | | Sandra.Mott@jeffcotx.us | 2/7/2025 12:47:15 PM | SENT |
| William Farrell | | biff.farrell@oag.texas.gov | 2/7/2025 12:47:15 PM | SENT |
| Matthew Dow | | mdow@jw.com | 2/7/2025 12:47:15 PM | SENT |
| Nicole Myette | | nicole.myette@oag.texas.gov | 2/7/2025 12:47:15 PM | SENT |